PLAINTIFF 12/11/2017
JENYON R. MCELVINE
V.
KEN BEAVER et al
DOCUMENT 4 - FILED

U.S. DISTICT COURT EASTERN DISTRCICT OF NORTH CAROLINA (WESTERN DIVISION) CIVIL DOCKET FOR CASE. NO: #5:17-CT-03277-FL
FEDERAL CIVIL CLAIM
42 U.S.C. SECTION 1983
3:18cv315
CHARLOTTE, NC
JUN 19 2018
Clerk, US District Court
Western District of NC

## EXHAUSTION OF LEGAL REMEDIES

1. PLAINTIFF HEY USED THE N.C.D.P.S. PRISONER GRIEVANCE PROCEDURE AVAILABLE AT POLK CI #3980 H-CON HOUSING UNIT TO TRY AND SOLVE THE PROBLEM. ON OCTOBER, 4, 2016 PLAINTIFF HEY PRESENTED THE FACTS RELATING TO THIS COMPLAINT. ON OCTOBER, 10, 2016 THE PLAINTIFF HEY WAS SENT A RESONSE SAYING THAT THE GRIEVANCE HAD BEEN DENIED, ON 9/29/2016 PLAINTIFF MR. JENYON R. MCELVINE #0655152 WAS ATTACK BY 2 OR 3 OF THE PRISON ADMINISTRATION, AT LANESBORO CI #4865 MR. WILLIAM ROGERS ASSAULT PLAINTIFF AFTER MR. JENYON R MCELVINE WAS IN HAND CUFFS AND LEGG CUFFS WITH WASTE CHAIN IN FULL RESTAINTS WHILE LAYING ON THE FLOOR MR. WILLIAM ROGERS KICKED PLAINTIFF IN THE FACE WITH BOOTS IN THE EYES BACK OF HEAD AND BODY MR. WILLIAM ROGERS USED EXCESSIVE FORCE THAT COULD HAVE CAUSE IN THE DEATH OF PLAINTIFF OR LIFE THREATENING INJURY MR. MCELVINE WAS FORCED TO SUFFER THIS "CRUEL AND UNUSUAL PUNISHMENT FROM THE PHYSICAL ATTACK ALSO BRUTALITY THE KICK'S CAUSED MR. MCELVINE PAIN THE PLAINTIFF LEFT EYE AND RIGHT EYE WAS BRUISED AND SWOLLEN FOR TWO MONTH'S I'M UNABLE TO SEE OUTSIDE MY LEFT EYE NOW 6/10/2018 FROM THE BEATING AND THE PAIN'S AT NIGHT TIME I HAVE PERMANET EYE DAMAG ALSO FACE INJURIES FROM THE KICKING AND BRUTALITY BEATING FOR THE DURATION OF MY LIFE AND MY HEALTH SAFTY WAS VIOLETED BY MR KEN BEAVER WHO IS LEGALLY RESPONSIBLE FOR THE OPERATION OF LANESBORO CI. #4865 STATE PRISON AND FOR THE WELFARE OF ALL THE INMATES OF THAT PRISON,,, EDWARD GAZOO WILLIAM ROGERS WHO AT ALL TIME MENTIONED IN THIS MISCONDUCT

COMPLAINT, Also MS. ANGELA L. RORIE HEID THE RANK OF GUARD AND was ASSIGNED THE U-N-I-T MANAGER ON THE MED Custody Classification #504 HOUSING AT LANESBORO CI #4865 TO NORTH CAROLINA STATE PRISON... PRIOR TO THE BRUTALITY ATTACT And Kicking BEATING BY, STAFF MEMBER MR. WILLIAM ROGERS... THE DEFENDANTS MS. ANGELA L. RORIE And MR. EDWARD GAZOO HAD Full KNOWLEDGE OF THE PLAINTIFF MR. JENYON R. MCElvine #0655152 WAS MOVE TO BLUE U-N-I-T A Close Custody Classification Pod Housing WITHOUT A CLASSIFICATION NOTICE OF HEARING OR A DISCIPLINARY CLASSIFICATION BOAD COMMITTEE HEARING TO PUNISH PLAINTIFF THREE DAY BEFORE THE ASSAULT ON PLAINTIFF MR. JENYON MCELVINE WHY? WHY WAS THE PLAINTIFF DENIED AN ADMINISTRATVE SEGREGATION RIGHT WITHOUT A DISCIPLINARY PROCESS MS. ANGELA L. RORIE VIOLATED THE N.C.D.P.S. PRISON POLICY & PROCEDURES GENERAL BY USING HER JOB AND POWER OVER HOUSING TO DISCRIMINATE AGAINST PLAINTIFF MR. MCELVINE Also MR. EDWARD GAZOO VIOLATED PLAINTIFF MR. JENYON MCELVINE HEALTH SAFTY DUE TO BEING INVOLVED IN ASSAULTING And SERIOUSLY INJURING PLAINTIFF MR. JENYON MCELVINE FACE AND EYES ON 9/29/2016 THAT SAME DAY, I REQUESTED MEDICAL TECH REGARDING THE PAIN AND SWELLING OF THE RIGHT And LEFT EYE THAT LASTED SEVERAL DAYS PLAINTIFF WAS PRESCRIBED ASPIRIN, AND NOTED ~~~~ FOR BRUISED AND SWOLLEN EYE'S ON THEIR CHS-ANSON MEDICAL FILES. MR. EDWARD GAZOO AND MR. KEN BEAVER FAILURE TO PROVIDE ADEQUATE OPTOMETRIST MEDICAL CARE FOR THE PAIN INSIDE PLAINTIFF MR. JENYON R. MCELVINE EYE'S ALSO MR. KEN BEAVER ASSISTTANT SUPERINTENDENT HAD Full KNOWLEDGE OF THE PLAINTIFF MISCONDUCT

PLANTIFF
JENYON R. MCElvINE
V.
KEN BEAVER et al
DOCUMENT 4 - FILED

12/11/2017 U.S. DISTICT COURT EASTERN DISTRCICT OF NORTH CAROLINA
(WESTERN DIVISION) CIVIL DOCKET FOR CASE.No: #5:17-CT-03277-FL
FEDERAL CIVIL CLAIM
42 U.S.C. SECTION 1983

MR. JENYON R. MCElvINE #0655152 PHYSICAL CONDITIONS BY NOT GETTING IMMEDIATE ADEQUATE OPTOMETRIST MEDIAL HELP FOR PLAINTIFF EYE'S MR. JENYON MCElvINE HAD A SERIOUS MEDICAL OPTOMETRIST NEED NO VISION INSIDE PLAINTIFF LEFT EYESIGHT ALSO PLAINTIFF MR. JENYON R. MCElvINE RIGHT EYE WAS CLOG THE VISION IN AND OUT NOT WORKING PLAINTIFF FACE ALSO HEAD HAD SWOLLEN AND BODY WAS ALL BRUISED THE FRACTURED EYE SOCKET BASIC PRINCIPLES #1. ALL PRISONERS SHALL BE TREATED WITH THE RESPECT DUE TO THEIR INHERENT DIGNITY AND VALUE AS HUMAN BEINGS. #2. NO PRISONER SHALL BE SUBJECTED TO NEVER BE DISCRIMINATAD AGAINST FOR ANY REASON. RIGHTS BELONG TO ALL PEOPLE, WHATEVER OUR DIFFERENCES. #3. AND ALL PRISONERS SHALL BE PROTECTED FROM, TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, EVERYBODY ARE RECOGNISED AND OBSERVED EVERYWHERE, FOR ALL PEOPLE... EVERYONE HAS THE RIGHTS TO LIFE, LIBERTY AND SECURITY... MR. KEN BEAVER THE WARDEN WAS OUTSIDE THE CELL, AT LANESBORO CI 4865, JR18 HOLDING ROOM IN THE RECEIVING LOOKING IN. MR. KEN BEAVER ASKED THE PROGRAM DIRECTOR... AT LANESBORO CI 4865, MR. EDWARD GAZOO IF HE HAD SEEN WHAT HAPPENED, AND WHAT HE WAS GOING TO DO ABOUT IT... MR. KEN BEAVER THE HAD FULL KNOWLEDGE ABOUT PLAINTIFF MR. JENYON MCElvINE #0655152 "FRACTURED" EYE SOCKET INJURIES, MR. KEN BEAVER THE WARDEN AND EDWARD GAZOO REFUSED TO MAKE SUER PLAINTIFF HEATH AND SAFETY WAS PROPERLY EVALUATED, FOR WHICH UNDER NO CIRCUMSTANCES WHATSOEVER MAY BE INVOKED AS A JUSTIFICATION,
MISCONDUCT

PlAINTIFF
JENYON R. MCElVINE
v.
KEN BEAVER et al
DOCUMENT 4-FILED

12/4/2017 U.S. DISTICT COURT EASTERN DISTRICT OF NORTH CAROLINA
〈WESTERN DIVISION〉 CIVIL DOCKET FOR CASE.No:#5:17-CT-03277-FL
FEDERAL CIVIL CLAIM
42 U.S.C. SECTION 1983

THIS IS A CASE WHERE MR. KEN BEAVER THE WARDEN AT LANESBORO CI 4865 N.C.D.P.S. PRISON MR. EDWARD GAZOO THE PROGRAM DIRECTOR AT LANESBORO CI 4865 N.C.D.P.S. PRISON MS. ANGELA L. RORIE THE U-N-I-T MANAGER ON THE MED CUSTODY CLASSIFICATION #504 HOUSING AT LANESBORO CI. #4865 NORTH CAROLINA STATE PRISON AND MR. WILLIAM ROGERS THE HOUSING CUSTODY MANAGER AT LANESBORO CI. #4865 NORTH CAROLINA STATE PRISON,,, ALL PERSONALLY HAD A JOB TO DO, AND EACH INDIVIDUAL STAFF MEMBER AT LANESBORO CI 4865 STATE PRISON,,, INTENDED TO PUNISH PlAINTIFF MR. JENYON R. MCElVINE #0655152 AND HIS OR HER FAILURE TO DO HIS OR HER JOB WAS "SO LIKELY TO RESULT IN THE VIOLATION OF THE PlANTIFF MR. JENYON R. MCElVINE, CONSTITUTIONAL RIGHTS" AS TO ESTABLISH DELIBERATE INDIFFERENCE THE FAILURE TO PROVIDE ADEQUATE MEDICAL CARE FOR THE PAIN INSIDE PLANTIFF EYE'S AND "NOSE" WITHOUT NO EYESIGHT AND A FRACTURED EYE SOCKET YOU HAVE THE RIGHT TO BE TREATED BY THE LAW IN THE SAME WAY AS EVERYONE ELSE. EVERYONE HAS A RIGHT TO PROTECTION AGAINST VIOLATIONS OF THEIR HUMAN RIGHTS. PlANTIFF JENYON MCElVINE HEALTH CARE SAFTY WAS VIOLATE BY KEN BEAVER AND WILLIAM ROGERS "UNDER COLOR OF STATE LAW" THE PlANTIFF WAS TRANSFERRED ON 9/30/2016 IMMEDIATE OUT OF LANESBORO CI #4865 STATE PRISON AND TRANSFERRED TO 〈POLK #3980 CI〉 STATE OF N.C. RANDALL BUILDING HIGH SECURITY SUPERMAXIMUM CONTROL PRISON A PUNISHMENT WITHOUT A DUE PROCESS ON 9/30/2016 IF YOUR RIGHTS UNDER LAW ARE VIOLATED PEOPLE HAVE THE RIGHT TO SEE JUSTICE DONE IN A COURT OR TRIBUNAL. ALSO NO-ONE SHALL BE SUBJECT TO ARBITRARY ARREST, DETENTION, OR EXILE. NO-ONE SHALL BE HELD IN SLAVERY OR SERVITUDE.

MISCONDUCT

PAGE #4

Case 3:18-cv-00319-FDW Document 1 Filed 06/19/18 Page 4 of 9

PLAINTIFF _____ 12/11/2017 U.S. DISTICT COURT EASTERN DISTRICT OF NORTH CAROLINA
JENYON MCELVINE
    V.                  ⟨WESTERN DIVISION⟩ CIVIL DOCKET FOR CASE #: 5:17-CT-03277-FL
KEN BEAVER et al        FEDERAL CIVIL CLAIM
Document 4 - Filed      42 U.S.C. SECTION 1983

PLAINTIFF: MR. JENYON R. MCELVINE #0655152 WAS UNARMED WHEN [HE] WAS BEATEN BY. MR. WILLIAM ROGERS ON THE GROUND WITH HAND CUFFS ON BEHIND ⟨HIS⟩ BACK AND LEGG CUFFS ON ⟨HIS⟩ STOMACH PLAINTIFF WHILE LAYING ON THE FLOOR WAS ATTACK KICKED IN THE FACE WITH BOOTS BY: WILLIAM ROGERS PLAINTIFF DIDN'T HIT NOBODY OR DIDN'T GRAB NOBODY PLAINTIFF REALLY COULDN'T AFTER PLAINTIFF WAS HAND CUFFED IN FULL RESTAINTS MR. WILLIAM ROGERS ASSAULT PLAINTIFF HAVING FULL ACKNOWLEDMENT OF THE PAIN WOULD SUFFER FROM THE PHYSICAL KICK'S WITH BOOTS TOO THE EYE'S FRACTURED PLAINTIFF EYE SOCKET, MR. ROGERS USED MALICIOUSLY AND SADITSTICALLY TO CAUSE HARM ALSO WAS RESPONSIBLE FOR UNNECESSARY AND WANTON INFLICTION OF PAIN PLAINTIFF HAS PERMANET EYE DAMAGE AND FACE INJURIES FOR THE DURATION OF THE PLAINTIFF "LIFE" FROM THE KICKING AND BEATING CAUSE BY WILLIAM ROGERS THE HEALTH AND SAFTY WAS VIOLETED THE DEFENDANT WILLIAM ROGERS USED EXCESSIVE FORCE AGAINST PLAINTIFF MR. JENYON R. MCELVINE BY KICKING AND PUNCHING PLAINTIFF IN THE FACE WHEN MR. MCELVINE WAS NOT VIOLATING ANY PRISON RULE AND WAS NOT ACTING DISRUPTIVELY... DEFENDANT WILLIAM ROGERS ACTION VIOLATED PLAINTIFF MR JENYON MCELVINE RIGHTS UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION... AND CAUSED PLAINTIFF MR. MCELVINE PAIN, SUFFERING, PHYSICAL EYE INJURY AND EMOTIONAL DISTRESS. UNDER COLOR OF STATE LAW" NEGLIGENCE A GOVERNMENT EMPLOYEE IS NEGLIGENT WHEN HE OR SHE "FAILS TO USE REASONABLE CARE."

MISCONDUCT                                                          PAGE # 5

PLAINTIFF
JENYON MCELVINE
    v.
KEN BEAVER et al
DOCUMENT 4- FILED

FEDERAL CIVIL CLAIM CASE. NO: #5:17-CT-03277-FL
42 U.S.C SECTION 1983

U.S. DISTICT COURT ESTERN
DISTRICT OF NORTH CAROLINA
<WESTERN DIVISION>
CASE#: 5:17-CT-03277-FL

# LEGA CLAIMS

PLAINTIFF MR. JENYON R. MCELVINE HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF MR. MCELVINE HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT: #1. GRANTING PLAINTIFF MR. JENYON R. MCELVIN A DECLARATION THAT THE ACTS AND OMISSIONS HEREIN VIOLATE HIS RIGHTS. #2. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS MR. KEN BEAVER AND WILLIAM ROGERS TO CEASE THEIR PHYSICAL VIOLENCE AND THREATS TOWARD PLAINTIFF MR. MCELVINE AND UNDER "COLOR OF STATE LAW" ALSO UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND GRANTING PLAINTIFF MR. JENYON R. MCELVINE COMPENSATORY DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY. PLAINTIFF JENYON MCELVINE SEEKS COMPENSATORY DAMAGES OF $5,000 AGAINST DEFENDANT MS. ANGELA L. RORIE ONLY... PLAINTIFF SEEK PUNITIVE DAMAGES IN THE AMOUNT OF $50,000 PLAINTIFF MR. MCELVINE SEEKS THESE DAMAGES AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY, PLAINTIFF MR. JENYON MCELVINE SEEKS DAMAGES ONLY AGAINST DEFENDANT <WILLIAM ROGERS>... IN THE AMOUNT OF $35,000 MISCONDUCT ACTS ALL FACTS!!!

PLAINTIFF
JENYON R. MCELVINE
v.
KEN BEAVER
DOCUMENT 4-FILED

FEDERAL CIVIL CLAIM CASE. NO: #5:17-CT-03277-FL
42 U.S.C SECTION 1983

EASTERN DISTRICT OF COURT
DISTRICT OF NORTH CAROLINA
(WESTERN DIVISION)

PRAYER FOR RELIEF
CASE#: 5:17-CT-03277-FL

#1. PLAINTIFF Also seek A Jury TRIAL oN All Issues TRIABLE By JuRy,

#2. PLAINTIFF Also seek Recovery of THEIR Costs IN THIS SuIT, ANd

#3. Any Additional Relief THIS COURT DEEMS Just, Proper, ANd EQuITABLE.

x NOTARY Patricia A. Bufkin

* DATE: JUNE 14, 2018

RESPECTFully SUBMITTED,
NAME: Jenyon McElvei #06334
TABOR 4885 CI
4600 SWAMP FOX HIGHWAY
WEST TABOR CITY, N.C. 28463

My Commission Expires 10-6-18

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTE AT TABOR CITY NORTH CAROLINA ON DATE: / /2018 MR Jenyon R McElvine

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF N.C.
&lt;WESTERN DIVISION&gt;

AMENDED

MR. JENYON R. McElwine #0655152

V.   PLAINTIFF   x

AGAINST

DEFENDANT   COMPLAINT


MR. EDWAR GAZOO

MR. KEN BEAVER

MR. WILLIAM ROGERS

MS. ANGELA L RORIE

JURY TRIAL DEMANDED

CIVIL ACTION No. 5:17-CT-03277-FL
(03277)

FEDERAL CIVIL CLAIM
42 U.S.C §§ 1983

SUED IN THEIR INDIVIDUAL capacities And SUED IN THEIR INDIVIDUAL And OFFICIAL Capacities, Bounds V. Smith 1/30 U.S. 817, 821 97 S. C.T. 1491 (1977) TRANSFERRED TO HIGH SECURITY MAXMUM CONTROL CLOSE CUSTODY classification Without A Classification committee HEARING FOR PUNISHMENT ThaT was UPHELD 3½ months Period To The Beaten ThaT cause Permaneat Bodily INJury TO EYE's PlAINTIFF Diagnosis By Medical DocTor ON JUNE 1, 2017 From The Excessive Force ActS used AT LANESBoRo CI# 4865
42. U.S.C. §§ 1331-A & 1343 28. U.S.C. §§ 1367
28 U.S.C. § 2254 ANd § 2255.

Sworn to and subscribed before me
This 11 day of December, 20 17
By Kenah Willia
Granville Co.
Notary Public
My Commission Expires June 25, 2022

KEIRAH WILLIAMS
NOTARY PUBLIC
VANCE COUNTY, NC

Jenyon McElwine
DATE 12-11-2017
P.O. Box 2500 BUNTER N.C. 27509

**#1** EVIDENCE...     EVIDENCE...

I.C. FILE NO. TA-26793
A.G. FILE NO. 18-00604

CASE NO: 5:17-CT-03277-FL

ARTICLE #4
NO-ONE SHALL BE HELD IN
SLAVERY OR SERVITUDE.

SUMMARY JUDGMENT
UNDER RULE 56 (c)(2),
UNDER RULE 15 (a)
AMEND RULE 59 (e).

EVIDENCE...
CASE#: 5:17-CT-03278-BO

# North Carolina Department of Public Safety

**Prisons**

Roy Cooper, Governor
Eric A. Hooks, Secretary

W. David Guice, Commissioner
George T. Solomon, Director

Feb 8, 2017

To: MCELVINE, JENYON (#0655152)
3980
POLK CI

Re: staff disciplinary

Mr. Solomon, I, Jacqueline Baskerville, Classification Coordinator at PCI 3980 is responding to Inmate Jenyon McElvine's 0655152 correspondence to you. Inmate McElvine was rehoused at Polk CI 3980 Hcon Housing Unit on 9/30/16 from Lanesboro CI 4865, due to being involved in assaulting and seriously injuring numerous staff. Upon arrival to PCI 3980, Inmate McElvine was placed on a 15 days RHAP control, due to being under investigation for the incident. He was continued on 45 days RHAP on 10/15/16, which was scheduled to end on 11/28/16. He was continued because the investigation from Lanesboro wasn't complete. In consultation with Mr. Lane Partin (Division Classification Coordinator), it was discussed that Inmate McElvine could be referred for RHCP control (60 days) if disciplinary wasn't completed by 11/28/16 and inmate still being housed in Hcon. On 11/22/16, Inmate McElvine met FCC for placement on Hcon. The Hcon referral was initiated by his assigned case manager (Mr. Michael Henderson), due to RHAP time about to expire and disciplinary investigaton being incomplete. However, on 11/28/16 Inmate McElvine met DCA (Mr. Partin) and was recommended for RHCP (60 days) instead of Hcon. This was based on the disciplinary still being incomplete and to allow additional time for investigation completion. Inmate was recommended for demotion to close custody on 11/22/16 by his assigned case manager (Mr. Michael Henderson), due to him being referred at that time for control housing (Hcon) and assignment to control housing warranting close custody classification. On 12/20/16, the investigation was completed and inmate was found guilty of an A2, A3 & A14 infraction, by DHO. Inmate appealed the decision and the punishment was upheld on 1/26/17. Inmate was placed on 60 days RHDP. Inmate McElvine was referred for Hcon placement on 1/3/17, due to him being found guilty of the assault at Lanesboro CI. Inmate McElvine met FCC on 1/4/17 for 180 days Hcon recommendation. During the hearing, Inmate stated, "I just want my time of being back here/days to go towards my Hcon stay. I've never been on control status: Icon, Mcon nor Hcon before." Inmate was advised that when he meet DCC, he can address his concerns about being credited time in Hcon. Inmate met DCC on 1/10/17 and was recommended for placement on Hcon. During the DCC meeting, notes states that Inmate McElvine stated, he had smoked K2 on the day of the incident and has no recollection of what happened. I wasn't present for the DCC meeting. In my absence, the meeting was conducted by Mrs. Doris Daye, Assistant Superintendent of Programs. Final approval for 180 days Hcon placement was recommended on 1/10/17 by Mr. Shane Tharrington, Classification Manager.

Sincerely,

Jacqueline Baskerville

RECEIVED
MAY 21 2018

MAILING ADDRESS:
1001 VEAZEY RD.
BUTNER, NC 27509

OFFICE LOCATION:
1001 VEAZEY RD.
BUTNER, NC 27509
Telephone: (919)575-3070
Fax: (919)575-3090

WWW.NCDPS.GOV